Bk 16144 Pg199 #27256
08-09-2021 @ 10:58a

## QUITCLAIM ASSIGNMENT

WHEREAS, **GMH MORTGAGE SERVICES LLC, WHOSE ADDRESS IS, 10 CAMPUS BOULEVARD, NEWTOWN SQUARE, PA 19073, (ASSIGNOR),** is identified as the "Lender" on a certain mortgage executed by **SANDRA K WOOTEN,** and bearing the date of 08/21/2015, and recorded on 08/25/2015 in the Office of the Recorder of PENOBSCOT County, State of Maine in Book 13939 and Page 255 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of **GMH MORTGAGE SERVICES LLC** and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, **GMH MORTGAGE SERVICES LLC** wishes to convey and assign any and all rights it may have under the Mortgage to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS MIDTOWN CENTER, 1100 15TH STREET, NW, WASHINGTON, DC 20005, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE);** and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, **GMH MORTGAGE SERVICES LLC** hereby assigns and quit claims to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS MIDTOWN CENTER, 1100 15TH STREET, NW, WASHINGTON, DC 20005, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)** all of its rights, title, and interests (whatever they may be, if any) in the Mortgage.

**IN WITNESS WHEREOF,** this assignment was executed on 07 / 02 / 2021 (MM/DD/YYYY).
**GMH MORTGAGE SERVICES LLC**

By: _____
Michael P Holloway
President

STATE OF Pennsylvania   COUNTY OF Delaware
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 07 / 02 / 2021 (MM/DD/YYYY), by Michael P. Holloway as President of GMH MORTGAGE SERVICES LLC, who, as such he being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Tammie P Block
Notary Public - State of Pennsylvania
Commission expires: October 28, 2023

Commonwealth of Pennsylvania - Notary Seal
Tammie P. Block, Notary Public
Montgomery County
My commission expires October 28, 2023
Commission number 1294137
Member, Pennsylvania Association of Notaries

**Instrument Prepared By:** Nationstar Mortgage LLC, 4000 Horizon Way, Irving, TX 75063, 308-632-5154
When Recorded Return To: Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019

Susan F. Bulay, Register
Penobscot County, Maine

EXHIBIT
E

3